No. 99–1718. JAMES, ASSIGNEE OF THE RIGHTS OF MERIDIAN ENGINEERING, INC., AND COMPANION, INC., DBA COMPANION AS-

SURANCE CO. *v.* ZURICH-AMERICAN INSURANCE COMPANY OF ILLINOIS. C. A. 3d Cir. Certiorari denied.